FILED

04/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0728

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0728

_____

GBSB HOLDING, LLC,

      Plaintiff and Appellant,

v.

FLATHEAD COUNTY BOARD OF COUNTY
COMMISSIONERS AND FLATHEAD
COUNTY, MONTANA; WHITEFISH VILLAGE,
LLC; WILLIAM F. OSWALD AND JULIANA
M. OSWALD, Co-Trustees of the Oswald Family
Trust dated May 23, 2016; SHAWN PATRICK
JAMES AND KRISTIN PATRICIA BELL;
WHITEFISH HILLS VILLAGE HOMEOWNERS
ASSOCIATION, INC.; and JOHN DOES 1 AND
2,

      Defendants and Appellees.

O R D E R

_____

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time to and including May 17, 2024, to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 11 2024